PATRIE (MURRAY v.). See Case No. 9,967.

PATRIOT, The. See Case No. 13,985.

---

## Case No. 10,806.

PATRIOTIC BANK v. BANK OF WASHINGTON.

[5 Cranch, C. C. 602.] 1

Circuit Court, District of Columbia. Nov. Term, 1839.

PLEADING IN EQUITY — EXCEPTIONS TO ANSWER—FOR IMPERTINENCE—TIME FOR FILING.

Exceptions to an answer for insufficiency may be filed after exceptions for impertinence.

Bill in equity.

Mr. Bradley, for plaintiff, excepted to a part of the defendant's answer, for impertinence.

THE COURT (THRUSTON, Circuit Judge, not sitting,) sustained the exception.

Mr. Bradley then filed exceptions to the answer for insufficiency; and moved the court for leave to amend his bill. Coop. Eq. Pl. 321.

Mr. Hellen, contra, objected that the exceptions should all be filed at once; and that after the court has decided upon exceptions, new exception cannot be permitted. 1 Har. Ch. Prac. 228, 235.

Mr. Bradley, in reply. By the English practice, exceptions for impertinence must

be filed and decided before exceptions·for insufficiency will be allowed. Harrison refers only to exceptions for insufficiency. Chit. Eq. Dig. 872; Newl. Ch. Prac. 184, 185, 190; Story, Eq. Pl. 665, p. 867.

THE COURT, having sustained the exception for impertinence, ordered the impertinent part to be cancelled, and permitted the plaintiff to file exceptions for insufficiency.